UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:09CR142 |
| | ) | |
| HANNES SORBONNE ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

As previously directed in open court, the conditions of release for the above-referenced defendant are hereby modified to include the following:

    Defendant shall be permitted to travel to California for work purposes only and must give appropriate notice to the supervising officer prior to any such travel.

    Defendant shall refrain from possessing a firearm, destructive device or other dangerous weapon.

    Defendant shall refrain from excessive use of alcohol.

    Defendant shall report as soon as possible, to the pretrial services office or supervising officer, any contact with any law enforcement personnel including but limited to any arrest, questioning or traffic stop.

    Defendant is to incur no new debt.

All other conditions of release as previously set remain in full force and effect.

SO ORDERED, this _14th_ day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA